FILED

10/13/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0485

ORIGINAL

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0485

FILED

OCT 13 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

DAVID RAFES/BAIRSTOW,

Plaintiffs and Appellants,

v.                                                                          O R D E R

ANDY BUTTS,

Defendant and Appellee.

Representing himself, David Rafes has filed a verified Petition for an Out-of-Time Appeal because he improperly filed a timely Notice of Appeal in the District Court. Rafes explains that he sent his Notice of Appeal via email to both the Clerk of District Court and to the Clerk of the Supreme Court on September 4, 2020. When he called the Clerk of this Court's office on September 28, he learned that he could not file an appeal by email. He includes attachments.

We amend the caption to conform with the attached final judgment. M. R. App. P. 2(4). We observe that Rafes includes a company's name, Bairstow, LTD., as he has in other appeals. *See Rafes v. Rate et al.*, No. DA 19-0681 and *Rafes and Bairstow, LTD. v. McMillan et al.*, No. DA 20-0226. We caution Rafes that as a non-attorney, he cannot appear or attempt to appear as a legal representative for others, such as a corporate entity or company. This would be an unauthorized practice of law. Section 37-61-201, MCA.

M. R. App. P. 4(6) allows this Court to grant an out-of-time appeal "[i]n the infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice[.]"

Rafes appeals an August 28, 2020 Decision and Order Granting Defendant's Motion for Summary Judgment, issued in the Sixth Judicial District Court, Park County. Rafes attempted a timely appeal of this decision albeit via an incorrect method. On review of Rafes's petition and attachments, we conclude that his appeal should proceed. Therefore,

IT IS ORDERED that Rafes's Petition for an Out-of-Time Appeal is GRANTED and that Rafes shall prepare, serve, and file a Notice of Appeal on or before Thursday, November 12, 2020. Failure to do so will result in dismissal of this appeal.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record and to David Rafes along with a copy of this Court's Civil Appellate Handbook.

DATED this 13 day of October, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices

2